IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MARIA TAPIA,                              )
                                          )
      Plaintiff,                      )
                                          )
v.                                        )        Case No: 2:23-CV-00458
                                          )
SAM'S REAL ESTATE BUSINESS                )
TRUST, D/B/A SAM'S CLUB, SAM'S            )
EAST, INC. D/B/A SAM'S CLUB,              )
WALMART, INC., WALMART                    )
CLAIMS SERVICES, INC., AND                )
WAL-MART STORES EAST, LLP,                )
                                          )
      Defendants.                     )

## PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by counsel, and hereby notifies the Court that she dismisses this

matter without prejudice. Defendants have not answered or otherwise plead.

Respectfully submitted,

/s/ Roberto "Alex" Mendoza

_____
Roberto "Alex" Mendoza, #30766-49
Attorney for Plaintiff
**ALEX MENDOZA LAW, LLC**
6950 Indianapolis Blvd.,
Hammond, IN 46324
Telephone:    219-200-2000
Facsimile:    866-676-4550
E-Mail:      info@alexmendozalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Roberto "Alex" Mendoza

_____

Roberto "Alex" Mendoza